UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Ricky Dalton Sessoms                                    Docket No. 7:17-MJ-1001-1

**Petition for Action on Probation**

COMES NOW Corey Rich, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ricky Dalton Sessoms, who, upon an earlier plea of guilty to 21 U.S.C. § 844(a), Possession of Marijuana, was sentenced by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, on June 18, 2018, to 289 days probation under the conditions adopted by the court.

On July 12, 2018, a violation report was forwarded to the court regarding the defendant's positive urinalysis for amphetamines and marijuana. The court agreed to continue supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On August 14, 2018, the defendant submitted a urine sample that tested positive for cocaine. When confronted, the defendant admitted to snorting what he thought to be Percocet. On August 28, 2018, the defendant submitted a urine sample that tested positive for Oxymorphone. The defendant admitted to taking a prescription pill that he believed to be Percocet, which he did not have a valid prescription for. The defendant has expressed remorse for his actions, and continues to struggle with his addiction. He wishes to become sober once again, and has requested assistance in doing so. As a result, the probation office has been working with his treatment provider to address the defendant's addiction. As it relates to the violations, it is the recommendation of this officer that the defendant be placed on 60 days curfew with location monitoring.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to their residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                         I declare under penalty of perjury that the foregoing
                                                is true and correct.


/s/ Eddie J. Smith                              /s/ Corey Rich
Eddie J. Smith                                  Corey Rich
Supervising U.S. Probation Officer              U.S. Probation Officer
                                                150 Rowan Street Suite 110
                                                Fayetteville, NC 28301
                                                Phone: 910-354-2540
                                                Executed On: September 12, 2018

**Ricky Dalton Sessoms**
**Docket No. 7:17-MJ-1001-1**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this 18th day of September, 2018, and ordered filed and made a part of the records in the above case.

*[signature]*

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge